UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN JOHNSON, an individual, | CASE NO.:  1:13-CV-01714-AWI-JLT |
| Plaintiff, | Honorable Jennifer L. Thurston<br>U.S. Magistrate Judge, Bakersfield, CA |
| vs. | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| TARGET CORPORATION, a corporation; and DOES 1 to 25, inclusive, | |
| Defendants. | Trial Date: July 7, 2015 |

The Court, having considered the parties' Joint Stipulation to Dismiss Entire Action with Prejudice, and finding good cause therefor, adopts the terms thereof as the Order of the Court, and hereby orders that Case No. 1:13-CV-01714-AWI-JLT be dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated:  October 1, 2014                               _____
                                                                                 SENIOR  DISTRICT  JUDGE

302268